28–803569 Misc. No. 13–8008/AR. Shawn M.E. Pelletier, v. Colonel Thomas D. Cook, Colonel Theresa A. Gallagher, Lieutenant Colonel Steven P. Haight, United States Army, Respondents. CCA 20100711. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of prohibition was filed under Rule 27(a), together with a motion for a stay of proceedings on this date. Respondents shall file an answer to Petitioner's motion on or before October 2, 2012.